# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY BUSSIE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1078 CEJ |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Before the Court is the petition of Anthony Bussie for a writ of habeas corpus under 28 U.S.C. § 2241 and his motion for leave to proceed in forma pauperis. Petitioner is confined at FMC Butner, in Butner, North Carolina after being civilly committed due to mentally incompetence. *United States v. Bussie*, 637 Fed. Appx. 102 (4th Cir. March 3, 2016) (unpublished).

In his petition, petitioner claims that the Internal Revenue Service office in Kansas City, Missouri, deducted money from his prison account to pay federal court filing fees. He seeks monetary and other relief.

Rule 4 of the Rules Governing Habeas Cases requires the Court to dismiss any habeas petition that is patently baseless, as is the case here. Additionally, a district court's jurisdiction over writs filed pursuant to 28 U.S.C. § 2241 is geographically limited to the judicial district in which petitioner's custodian is located. 28 U.S.C. § 2241(a); *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004). Because petitioner's custodian is located in the Eastern District of North Carolina, this Court lacks jurisdiction over this action.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. # 2] is **granted**.

**IT IS FURTHER ORDERED** that the petition for a writ of habeas corpus [Doc. # 1] is **dismissed without prejudice**.

Dated this 19th day of July, 2016.

                                                CAROL E. JACKSON
                                                UNITED STATES DISTRICT JUDGE